IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDDIE WILLIAMS,

    Plaintiff,

v.  CASE NO. 1:05-cv-00057-MP-AK

LINDA S. MCMAHON,[1]
Acting Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for disability insurance benefits under Title II of the Social Security Act, and for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Monday, January 29, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

After a hearing on February 23, 1999, the Administrative Law Judge found that although Plaintiff's seizure disorder qualified as a severe impairment, because Plaintiff could perform his past relevant work, he was not disabled. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have

---

[1] Linda S. McMahon, acting Commissioner of Social Security and successor to Jo Anne B. Barnhart, is automatically substituted as a party in this case. FED. R. CIV. P. 25(d)(1).

been applied. Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997).  The Court agrees with the Magistrate that the Administrative Law Judge had substantial evidence to support his decision that Plaintiff could perform his past relevant work.  Plaintiff was working as a pharmacy technician at the time of the hearing, two consultative examinations by medical doctors found that Plaintiff had no limitations as a result of his seizure disorder, except to avoid heights and moving machinery, and at least four of Plaintiff's six visits to the emergency room for seizures and related injuries were the result of non-compliance with his medication.  All together, the Administrative Law Judge had ample evidence to conclude that Plaintiff could perform his past relevant work as a computer technician, and therefore was not disabled under the Social Security Act.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 23, is adopted and incorporated by reference in this order;

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   27th   day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
